CHARLES SIMS et al., as Executors of MARY A. YERKES, Deceased, Appellants, *v.* LOUIS S. OWSLEY, as Ancillary Executor of CHARLES T. YERKES, Deceased, Respondent.

Reported below, 155 App. Div. 899.
(Argued June 2, 1913 ; decided June 10, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1913, affirming a judgment in favor of defendant entered upon the report of a referee in an action to charge the estate of Charles T. Yerkes, deceased, with the amount of a certain bill paid by his wife in her lifetime.

The motion was made upon the ground that the appeal was frivolous and taken only for purpose of delay.

*Arthur H. Van Brunt* for motion.

*Carroll G. Walter* opposed.

Motion denied, with ten dollars costs.